IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
| ) | CRIMINAL ACTION NO. |
| v.                        ) | 2:05cr28-MHT |
| ) | (WO) |
| SHAWN DEMETRIUS CROSKEY   ) | |

ORDER

This case is before the court on defendant Shawn Demetrius Croskey's motion for clarification of a "notification warrant" (Doc. 81). Croskey, who is currently serving a term of imprisonment in the Alabama Department of Corrections and has a pending term of supervised release in this case, represents that the ADOC will not allow him to participate in certain programs because it incorrectly believes, based on a "notification warrant" it received from federal authorities in this case, that Croskey has new charges pending.* The court is unaware of any pending warrant for Croskey in this case or from this district court.

---

   * Croskey uses the case number 2:15-cr-28 in his case style and in the motion. The court has reviewed

Accordingly, it is ORDERED that by, March 14, 2022, defense counsel shall investigate the allegations in defendant Shawn Demetrius Croskey's motion and submit a report to the court addressing (1) the findings of the investigation, (2) whether the issue defendant Croskey raises has been resolved, and (3), if it has not been resolved, what action, if any, counsel requests the court take to address the issue raised in the motion.

DONE, this the 15th day of February, 2022.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**

---

the docket in 2:15-cr-28.  There is no case in this district with the number 2:15-cr-28.  There is a case with the number 1:15cr28, called *United States of America v. Donnie Bruce Motley*.  Crosley is not a defendant in that case.  Crosley's only case in this district is this one, which is numbered 2:05cr28.  The court assumes that Crosley simply wrote the number wrong in his motion.