IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:05cr28-MHT |
| | ) | (WO) |
| SHAWN DEMETRIUS CROSKEY | ) | |

ORDER

Based on defense counsel's response (Doc. 87) stating that steps have been taken to address the problem raised in defendant's motion, it is ORDERED that defendant Shawn Demetrius Croskey's motion for clarification of a "notification warrant" (Doc. 81) is denied with leave to renew should court assistance be needed.

DONE, this the 15th day of March, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE