IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )   CRIMINAL ACTION NO.
     v.                     )       2:05cr28-MHT
                            )            (WO)
SHAWN DEMETRIUS CROSKEY     )
```

## ORDER

Because defendant Shawn Demetrius Croskey is serving a 40-year sentence in state custody, and based on the government's, probation officer's and defendant's oral representations that they do not oppose eliminating his remaining term of supervised release, it is ORDERED that defendant Croskey's remaining 24-month term of supervised release is terminated, and he is discharged.

DONE, this the 12th day of May, 2022.

                                                  /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE